```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MIGUEL A. ADAMES,

                            Plaintiff,                      20-CV-09546 (PAE) (SN)

            -against-                                **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On May 28, 2021, the Court granted the Commissioner's second request for an extension in which to file the certified administrative record, to be filed no later than July 30, 2021. That filing is now overdue. Accordingly, the Commissioner is directed to comply with the Court's earlier order or file a letter showing good cause as to why the Court should grant a third extension no later than August 4, 2021.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

Dated: August 2, 2021
         New York, New York