**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MIGUEL A. ADAMES, JR.,

                Plaintiff,                20 **CIVIL** 9546 (SN)

    -v-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 27, 2022, Adames's motion is DENIED, and the Commissioner's motion is GRANTED. The action is DISMISSED with prejudice.

**Dated:** New York, New York
         September 28, 2022

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                            **BY:**     *K. Mango*

                                                   **Deputy Clerk**